# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEAR RECON CORP. and WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants. | No. 2:19-cv-0568 TLN AC (PS)<br><br><br>ORDER |

The court is in receipt of plaintiff's ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 6. Plaintiff's motion indicates that she seeks e-filing authorization to upload documents and "evidence" related to her case. Id. The court advises plaintiff that it is not yet time for providing evidence in support of her claims. Plaintiff must first file an amended complaint that allows the court to determine whether plaintiff has stated a claim upon which relief may be granted, and whether the case may proceed. Until the court is in receipt of an amended complaint, the undersigned sees no reason for granting plaintiff access to the electronic filing system.

The court will DENY plaintiff's request without prejudice as premature and because it lacks any "explanation of reasons" as required by the Local Rule. After the court has reviewed

////

1 | plaintiff's amended complaint, and if the action is permitted to proceed, plaintiff may bring the
2 | motion again. Any second motion to e-file should include the necessary information described
3 | below.

In general, in the Eastern District of California, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2). A pro se party may bring a request to use electronic filing as a written motion setting out an explanation of reasons for the requested exception. L.R. 133(b)(3). Once plaintiff is approved to file documents electronically, the plaintiff will no longer receive any documents by mail and the court will not accept paper documents from plaintiff, meaning plaintiff can no longer mail in any filings.

A motion to e-file must make clear whether plaintiff is familiar with the requirements applicable to electronic filing in this court, and whether plaintiff has access to the hardware and software needed for electronic filing. A motion to e-file must specify the following:

1. That plaintiff has reviewed the requirements for electronic filing[1] and agrees to abide by them, and that she understands that once plaintiff registers for electronic filing, all notices and documents will be received by e-mail and not by regular mail;

2. Whether plaintiff has regular access to the following technical requirements necessary for electronic filing: (a) a computer with internet access; (b) an e-mail account for receiving notifications from the electronic filing system; (c) a PACER (Public Access to Court Electronic Records) account; (d) a word-processing program; (e) PDF conversion software to convert word processing documents into .pdf format; and (6) a scanner for exhibits or other supporting documents that are only in paper format.

Failure to address each of these items will result in denial of any second motion to e-file.

////

---

[1] The CM/ECF User Manual is available on the court's website at http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/cmecf-users-manual/.

| 1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to e-file (ECF No. 6) is |
| 2 | DENIED without prejudice. |
| 3 | DATED: April 10, 2019 |

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE