UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEAR RECON CORP. and WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants. | No. 2:19-cv-0568 TLN AC (PS)<br><br><br><br>ORDER |

On April 22, 2019, this court dismissed plaintiff's First Amended Complaint with leave to file a Second Amended Complaint within 30 days. ECF 15. That deadline has now passed, and plaintiff has not filed the anticipated Second Amended Complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to file a Second Amended Complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a Second Amended Compliant within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of the case pursuant to Local Civil Rule 110.

DATED: May 24, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE